IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD G. ABBEY, | No. 4:24-CV-01953 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY, a Pennsylvania nonprofit corporation; and DOES 1-50, inclusive, | |
| Defendants. | |

## ORDER

### APRIL 16, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant The Pennsylvania State University's Motion to Dismiss (Doc. 30) is **GRANTED**;

2. All claims are **DISMISSED WITHOUT PREJUDICE**; and

3. Plaintiff may file an Amended Complaint no later than April 30, 2025.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge